# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00224-CV

**Shirley Klein, Appellant**

**v.**

**Wells Fargo Bank, NA, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### NO. 15-1893-CC4, HONORABLE JOHN MCMASTER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was due on July 18, 2016. On July 26, 2016, this Court notified appellant that her brief was overdue and that a failure to respond by August 5, 2016, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b).

_____

Cindy Olson Bourland, Justice

Before Justices Goodwin, Field, and Bourland

Dismissed for Want of Prosecution

Filed:   September 2, 2016